No. 05–6223. BOCHAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6224. BIFULCO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–6225. HARRIS, AKA BATES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6233. COSME *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6234. DOWLING, AKA JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6235. LEMUSU *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6237. OVERTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6238. ZABAWA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–6239. TUBBS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6240. NEWSOME *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6241. WALKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6242. MARTINEZ-LUGO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6243. BRYANT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–6245. ALCANTARA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6246. ALLEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6249. BARRETT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.